IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLIE JACKSON,

    *Plaintiff*,

v.                                               Case No.: 1:24cv101-MW/MAF

ALACHUA COUNTY BOARD OF
COUNTY COMMISSIONERS,

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 12, and has also reviewed *de novo* Plaintiff's objections, ECF No. 13. Plaintiff's objections are entitled a "motion to amend the discrimination complaint by including the following supporting documents in this packet," ECF No. 13 at 1. However, Plaintiff cannot amend his complaint by filing objections or by flooding the docket with thousands of pages of documents. *See* ECF Nos.14 and 15.

Liberally construed, Plaintiff's objections seek leave to file an amended complaint. Having reviewed the report and recommendation, this Court agrees the motion to dismiss is due to be granted for failure to state a plausible claim for relief. This Court also notes that there is a timeliness issue here and amendment may indeed be futile. However, this Court will afford one more opportunity to file a proper

complaint—a "**short and plain** statement of the claim showing that the pleader is entitled to relief"—in the event Plaintiff believes he has a claim that survives the timeliness issue. *See* Fed. R. Civ. P. 8(a)(2).

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 12, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendant's motion to dismiss, ECF No. 9, is **GRANTED**. However, Plaintiff's objections, ECF No. 13, construed as a motion for leave to file an amended complaint, is **GRANTED**. Plaintiff must file an amended complaint **on or before April 25, 2025**. If Plaintiff does not amend by this date, this Court will enter judgment in Defendant's favor and close the file. Defendant's motion for extension of time to respond to Plaintiff's motion, ECF No. 16, is **DENIED as moot.**

SO ORDERED on April 11, 2025.

s/Mark E. Walker
**Chief United States District Judge**
