IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLIE JACKSON,

*Plaintiff*,
v.                                                    Case No.: 1:24cv101-MW/MAF

ALACHUA COUNTY BOARD OF
COUNTY COMMISSIONERS,

*Defendant.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 23, and has also reviewed *de novo* Plaintiff's objections, ECF No. 24. The Magistrate Judge recommends dismissal with prejudice because Plaintiff's claims are untimely. The Magistrate Judge also recommends dismissal due to Plaintiff's failure to comply with Court Orders and failure to state a plausible claim for relief. Plaintiff's sole objection is with the recommendation for dismissal due to untimeliness.

Plaintiff contends he did not receive the notice of his right to sue from the EEOC until April 3, 2024, and thus, his complaint filed June 20, 2024, is timely because it was filed within 90 days of receipt of his EEOC notice. Of course, this assertion contradicts Plaintiff's own allegation on the face of his complaint that he received the notice of the right to sue on March 20, 2024. *See* ECF No. 22 at 33

(checking box alleging that the Equal Employment Opportunity Commission "[i]ssued a Notice of Right to Sue letter which I received on 03/20/2024"). But Plaintiff apparently now contends that date of receipt was a mistake in his complaint. Accordingly, if Plaintiff can in good faith allege that he timely filed his claims, dismissal need not be with prejudice at this juncture.

Nonetheless, even if Plaintiff's claims were timely filed following receipt of the EEOC right to sue notice, Plaintiff's claims are still due to be dismissed for failure to comply with Court Orders and for failure to state a claim upon which relief may be granted.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 23, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion, with the exception of the recommendation that this case be dismissed with prejudice and as untimely. Plaintiff's motion to amend, ECF No. 22, is **DENIED**. Plaintiff's claims are **DISMISSED with leave to amend**. If Plaintiff believes he can, in good faith, amend his claims, he must do so by filing a proper complaint **on or before Tuesday, June 24, 2025.** Again, failure to abide by this deadline may result in this Court entering

judgment in the Defendant's favor and closing the file.

**SO ORDERED on June 10, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
