# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**CHARLIE JACKSON,**

    *Plaintiff*,

v.                                  Case No.: 1:24cv101-MW/MAF

**ALACHUA COUNTY BOARD
OF COUNTY COMMISSIONERS,**

    *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 40, and has also reviewed *de novo* Plaintiff's objections, ECF No. 41. As noted in the report and recommendation, Plaintiff filed this action over 90 days after he received notice of his right to sue. Plaintiff objects and asserts that he spoke with an EEOC lawyer two days after his right to sue letter became available in the online portal, and the lawyer told him to wait to take action until he received his letter in the mail. ECF No. 41 at 2. But Plaintiff waited "well over seven days"—until at least March 29, 2024, without receiving a hard copy in the mail. Apparently having never received the hard copy in the mail, Plaintiff filed his action on June 20, 2024. He continues to assert his action is timely and that the clock started on March 21, 2024, when he downloaded his right to sue letter. But Plaintiff's contention does not change the fact that the letter became available for download the

day before, which started the clock for his 90-day filing deadline. Moreover, Plaintiff does not explain why his week-long wait for a hard-copy letter in the mail caused him to file his action a day late, nor does this argument appear to change anything with respect to the Magistrate Judge's recommendation.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 40, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendant's motion to dismiss, ECF No. 37, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED as untimely**." The Clerk shall close the file.

**SO ORDERED on March 13, 2026.**

s/Mark E. Walker<br>
**United States District Judge**